# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| **KRISTA DAWSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 1:25-cv-00025** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 13) on Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 9). The Magistrate Judge recommends the Court deny Plaintiff's motion. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 13 at 17). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 9) is **DENIED**.

This Order shall constitute final judgment under Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE